UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MELISSA FIORE and BARBARA SELDIN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

INGENIOUS DESIGNS, L.L.C., and HSN, INC.,

    Defendants.

-----------------------------------------------------------X

Case No. 1:18-cv-07124

**NOTICE OF FILING AMENDED CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

## NOTICE OF FILING AMENDED EXHIBIT A TO MOTION FOR PRELIMINARY APPROVAL

Plaintiff hereby gives notice of filing the attached Amended Exhibit A to the Motion for Preliminary Approval of Class Action Settlement (Doc. 32).

    Respectfully submitted,

    By: s/*Christa L. Collins*

    Christa L. Collins (admitted *pro hac vice*)
    Florida Bar No: 0381829
    christa@clcclassactionlaw.com
    Collins Law PLLC
    433 Central Ave., 4th Floor
    Saint Petersburg, FL 33701
    (727) 218-1763 (Telephone)

    *Lead Counsel for Plaintiffs Melissa Fiore and Barbara Seldin, on their own behalf, and behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Christa L. Collins*
