UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| MELISSA FIORE and BARBARA SELDIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>INGENIOUS DESIGNS, L.L.C., and HSN, Inc.<br><br>                Defendants. | No. Case 1:18-cv-07124<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO CLASS REPRESENTATIVES** |

-------------------------------------------------------- X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses, and Service Awards to Class Representatives, the Parties' Settlement Agreement, and the accompanying Declarations of Lead Class Counsel and Class Counsel and the exhibits thereto, Plaintiffs hereby move for an Order awarding them attorneys' fees of $898,004.38, for reimbursement of costs and expenses of $76,995.62, and awarding service awards to the named plaintiffs in the amount of $5,000 each, and for such further relief as this Court deems just and proper. Defendants do not oppose this motion.

Attached to this motion are the following Exhibits:

    Exhibit 1:    Declaration of Christa L. Collins, Lead Counsel

    Exhibit 2:    Declaration of Rodney Max, Mediator

    Exhibit 3:    Declaration of Michelle La Count, Epiq Senior Project Manager

    Exhibit 4:    Composite Declarations of Class Counsel

    Exhibit 5:    Declaration of John A. Yanchunis, Attorney Fee Expert

In compliance with Local Civil Rule 23.1, the names and addresses of the applicants for the attorneys' fees are as follows:

| | |
|---|---|
| COLLINS LAW PL<br>433 Central Ave., 4th Floor<br>St. Petersburg, Florida 33701 | HARMON PARKER, P.A.<br>110 North 11th Street - 2nd Floor<br>Tampa, Florida 33602 |
| GARDY & NOTIS, LLP<br>126 East 56th Street<br>8th Fl.<br>New York, NY 10022 | PARISI & HAVENS LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 |
| J. ANDREW MEYER, P.A.<br>7431 114th Ave. #104<br>Largo, Florida 33773 | |

Each firm respectfully requests that the Court award the agreed upon amount of fees and expenses in the amount of $975,000.00.

Date: July 19, 2021

Respectfully submitted,

**By Lead Counsel**

*/s/ Christa Collins*
Christa Collins PHV (FL Bar #038129)
christa@clcclassactionlw.com
COLLINS LAW PL
433 Central Ave.
4th Floor
St. Petersburg, Florida 33701
(727) 421-9589

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                                                        *s/ Christa L. Collins*