UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

MELISSA FIORE and BARBARA SELDIN,        No. Case 1:18-cv-07124
Individually and on Behalf of All Others
Similarly Situated,

            Plaintiffs,

v.

INGENIOUS DESIGNS, L.L.C., and HSN,
Inc.

            Defendants.

------------------------------------------------------- X

---

### UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES ONLY

Melissa Fiore and Barbara Seldin ("Plaintiffs") respectfully moves the Court for final approval of the settlement reached between them and Ingenious Designs, L.L.C. and HSN ("Defendants") in this case, for an award of attorneys' fees, costs and expense, and for a service award as preliminarily approved by the Court on May 5, 2021, [Doc. No 37-1]. Specifically, Plaintiffs requests the Court enter an order:

1. Pursuant to Fed. R. Civ. P. 23(e), granting final approval in all respects of the terms and provisions of the Class Action Settlement Agreement ("Settlement Agreement") [Doc. No. 36-1] which the Court preliminarily approved in its May 5, 2021, Order

2. Awarding Ms. Fiore and Ms. Seldin each $5,000 as service awards in recognition of their service to the class.

3. Awarding Class Counsel $975,000.00 in attorneys' fees, costs and expenses.

4.     Dismissing on the merits and with prejudice all claims of the Plaintiffs and the Class under the terms of the Settlement Agreement in this action against Defendants.

5.     Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

6.     Defendants do not oppose this motion.

7.     A proposed order granting final approval is attached for the Court's consideration.  The Court has scheduled a final approval for September 10, 2021.

Attached to this motion are the following Exhibits:

Exhibit A:     Declaration of Cameron R. Azari, Esq.

Exhibit B:     Declaration of Michael Mardis, Esq.

Exhibit C:     Declaration of Christa L. Collins, Esq.

Exhibit D:     Proposed Order Granting Final Approval

WHEREFORE, Plaintiffs request that the Court grant this motion and enter a final order pursuant to the above-described terms.

This the 1st day of September, 2021.

Melissa Fiore and Barbara Seldin

**By Lead Counsel**

*/s/ Christa Collins*
Christa Collins PHV (FL Bar #038129)
christa@clcclassactionlw.com
COLLINS LAW PL
433 Central Ave.
4th Floor
St. Petersburg, Florida 33701
(727) 421-9589

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Christa L. Collins*